UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR BANK ROBBERY AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-18-SDD-SDJ |
| | : | |
| *versus* | : | 18 U.S.C. § 2113(a) |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 28 U.S.C. § 2461(c) |
| JAZMINE JOHNNIE | : | 21 U.S.C. § 853(p) |

**THE GRAND JURY CHARGES:**

On or about October 10, 2023, in the Middle District of Louisiana, **JAZMINE JOHNNIE**, the defendant, by force, violence and intimidation did knowingly and intentionally take from the person and presence of another money, namely $3,500, belonging to and in the care, custody, control, management and possession of JPMorgan Chase Bank, N.A., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

The above is a violation of Title 18, United States Code, Section 2113(a).

### NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 2113(a) set forth in this Indictment, the defendant, **JAZMINE JOHNNIE**, shall forfeit to the United States of America,

USA Sealed Group
USM
USPO

pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

*/s/ Ronald C. Gathe*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*/s/ Ben Wallace*

BEN WALLACE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED PER PRIVACY ACT**

GRAND JURY FOREPERSON

2.28.24

DATE

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: Davon Dennis

**Matter to be sealed:** ✓ Yes ☐ No

Related Case Information:

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: Jazmine Johnnie

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Ben Wallace    Bar #: LBM 39516

**Interpreter:** ☐ Yes ✓ No    List language and/or dialect: _____

**Location Status:**

Arrest Date: Not in Custody
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery | 1 | F |

(May be continued on second sheet)

Date: 2/28/24    Signature of AUSA: [signed] Ben