# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Case No. 24-18-SDD-SDJ |
| -vs- | AUSA: Ben Wallace |
| **JAZMINE JOHNNIE** | Dft Atty: Karl Ludwig |

| | | | |
|---|---|---|---|
| JUDGE: | Scott D. Johnson | DATE: | May 7, 2024 |
| DEPUTY CLERK: | Kylie Hebert | REPORTER/COURTROOM: | Courtroom 6 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Patrick Smith and Megan Shields |

## CLERK'S MINUTES
## INITIAL APPEARANCE & ARRAIGNMENT

The court informed the parties of the Due Process Protections Act, and the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

The defendant was sworn, and competency was established. Defendant was advised of her rights and the purpose of this hearing.

The defendant was informed of the charges pending against her in the Indictment.

The government moved for detention of the defendant under 18 U.S.C. §3142(f)(2)(A) on the basis that the defendant is a risk of flight.

The defendant stipulated to detention, reserving her right to reopen the issue of detention should her circumstances change. The government did not object. Based on the defendant's stipulation, the court granted the government's motion for detention and

Cr23;T 0:12
Cr 1;T 0:03

ordered the defendant detained subject to her right to another detention hearing upon petitioning the court for same.

The defendant agreed to go forward with the arraignment this date.

The defendant was informed of the charges pending against her and the maximum possible penalties.

The defendant entered a plea of NOT GUILTY to the Indictment.

The court accepted the defendant's plea of NOT GUILTY and will issue a scheduling order.

The defendant was remanded to the custody of the United States Marshal.

***********