U.S. Exhibit **B**

## *United States v. Jazmine Johnnie*: Timeline for Detention Hearing

| Date | Court | Event | Present? | Notice? | Exhibit(s) |
|---|---|---|---|---|---|
| 8/25/22 | *JJ arrested by Iberia Parish SO for theft of car repair shop* | | | | 21 (IPSO incident rep.), p. 8 |
| 8/26/22 | 16th JDC (Iberia) | Bond Hearing | Y (jail) | N/A | 22 (16th JDC minutes), p. 1 |
| 10/31/22 | 16th JDC (Iberia) | Arraignment | Y | Y | 22 (16th JDC minutes), p. 1 |
| 12/16/22 | 16th JDC (Iberia) | Arraignment | Unk | Y | 22 (16th JDC minutes), p. 2 |
| 12/20/22 | *JJ billed with felony theft of New Iberia car repair shop* | | | | 23 (16th JDC BOI #1) |
| 1/10/23 | *Wallet reported stolen in Crowley* | | | | 2 (Crowley PD rep.) |
| 1/19/23 | *JJ arrested in Lafayette after trying to use stolen DL to withdraw money from bank and then fleeing from police* | | | | 3 (Lafayette PD rep.), pp. 15-17; 27-30 (LPD BWC footage) |
| 1/25/23 | *JJ posts bail in Lafayette* | | | | 5 (15th JDC bond records) |
| 2/9/23 | 16th JDC (Iberia) | Arraignment | Y | Unk | 22 (16th JDC minutes), p. 2 |
| 3/15/23 | 16th JDC (Iberia) | PTC | N | Y | 22 (16th JDC minutes), pp. 2-3; 24 (BW #1) |
| 4/17/23 | 16th JDC (Iberia) | Trial/Dismissal | N | Unk | 22 (16th JDC minutes), p. 3 |
| 5/24/23 | *JJ billed with att. ID theft and poss. stolen things in 15th JDC* | | | | 4 (15th JDC BOI) |
| 6/6/23 | *JJ re-billed with felony theft of New Iberia car repair shop* | | | | 25 (16th JDC BOI #2) |
| 6/13/23 | 15th JDC (Lafayette) | Arraignment | Y | Y | 6 (15th JDC Minutes) |
| 8/3/23 | 16th JDC (Iberia) | Arraignment | N | ? | 22 (16th JDC minutes), pp. 3-4 |
| 9/28/23 | 15th JDC (Lafayette) | PTC | N | Y | 7 (15th JDC Minutes) |
| 10/4/23 | *JJ fails to return rented Challenger, ultimately costing $4,600* | | | | 12 (FBI 302 11/23), pp. 1-2 |
| 10/9/23 | *JJ visits Chase Bank on Highland Road in BR* | | | | 15 (BRPD incident rep.), p. 15 |
| 10/10/23 | *JJ robs Chase Bank* | | | | 16 (BRPD incident rep.), *passim* |
| 10/11/23 | 16th JDC (Iberia) | Arraignment | N | Unk | 22 (16th JDC minutes), p. 4 |
| 11/1/23 | *JJ arrested in Houston, TX by Marshals Task Force* | | | | 15 (BRPD incident rep.), p. 22 |
| | **CONTINUE TO SECOND PAGE** | | | | |

| Date | Court | Event | Present? | Notice? | Exhibit(s) |
|---|---|---|---|---|---|
| 11/6/23 | 19th JDC (EBR) | Bond hearing | Y (jail) | N/A | 9 (19th JDC bond records) |
| 11/9/23 | 15th JDC (Lafayette) | BW recall | Y (jail) | N/A | 10 (15th JDC minutes) |
| 11/16/23 | *JJ visits AE in Texas with armed person to take back Honda* | | | | 12 (FBI 302 11/23); 13 (FBI 302 3/24); 14 (Instagram message); 15 (video of Texas incident) |
| 12/7/23 | 16th JDC (Iberia) | AW issued | N | Unk | 22 (16th JDC minutes), pp. 4-5; 26 (BW #2) |
| 2/29/24 | *MDLA GJ returns bank robbery indictment against JJ* | | | | Rec. Doc. 1 (Indictment) |
| 3/7/24 | 15th JDC (Lafayette) | PTC | N | Y | 16 (15th JDC minutes); 17 (15th JDC BW #2) |
| 3/7/24 to 3/12/24 | *JJ cannot be found in Lafayette area; JJ agrees over the phone to meet with FBI agent, but then does not show up for two separate meetings; local law enforcement advised to BOLO* | | | | 31 (WDLA SW), pp. 5-6 |
| 4/22/24 | *JJ advised by FBI about federal arrest warrant; says over the phone she will surrender after consulting family* | | | | 18 (FBI 302 4/24); 31 (WDLA SW), p. 6 |
| 4/26/24 | *JJ again advised to surrender; hangs up on FBI agents* | | | | 19 (FBI 302 4/24); 31 (WDLA SW), p. 6 |
| 4/30/24 | *JJ calls FBI after not answering previous day and says she is in Lafayette, but then says in a subsequent call that she is in Huntsville, Alabama* | | | | 31 (WDLA SW), p. 7 |
| 5/3/24 | *FBI issues news release and wanted poster seeking public's assistance in locating JJ* | | | | 20 (FBI wanted poster) |
| 5/4/24 | *JJ surrenders at BRPD HQ in Baton Rouge and is booked into EBR Parish Prison as a fugitive* | | | | N/A |