# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 18, 2024
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**VERSUS**

**JAZMINE JOHNNIE**

**CRIMINAL ACTION**

**24-18-SDD-SDJ**

This cause came on this day for a *Re-Arraignment*.

PRESENT:   **Benjamin Wallace, Esq.**
**Counsel for United States**

**Karl Ludwig, Esq.**
**Counsel for Defendant**

Courtroom Deputy calls the case.
Counsel make appearances.

Defendant is sworn and questioned by the Court.

Court explains the charges in the indictment and consequences for pleading guilty. Defendant waived reading of indictment.
Court explains Sentencing and the forfeiture agreement.
The Defendant enters a plea of guilty as to Count 1, and the Court finds the plea to be knowing, voluntary, and intelligent and finds a factual basis for the plea and conviction. The Court also finds that the Defendant is satisfied with her representation and that she has received effective assistance of counsel.

Factual Basis is read into the record and Defendant stipulates to the facts as read.

The Court accepts the guilty plea and refers this matter to the United States Probation Office to begin preparation of a Presentence Investigation Report. Defendant is remanded to the custody of the United States Marshal.

* * * * *

Shannon Thompson/Reporter
cr9/ 0h : 35m